# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Dubane N., | Case No. 26-cv-291 (JMB/LIB) |
| Petitioner, | |
| v. | **ORDER** |
| Donald J. Trump, in his official capacity as President of the United States; Kristi Noem, in her capacity as Secretary of the United States Department of Homeland Security; Todd M. Lyons, in his official capacity as Acting Director of the United States Immigration and Customs Enforcement; Pamela Bondi, in their official capacity as Attorney General of the United States; and David Easterwood, in his official capacity as Acting Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement, | |
| Respondents. | |

This matter comes before the undersigned United States Magistrate Judge upon the routine supervision of the cases that pend before the Court, pursuant to a general assignment made in accordance with the provisions of 28 U.S.C. § 636.

Petitioner Dubane N. has filed a petition for a writ of habeas corpus. It appears that another habeas corpus petition may have been filed on behalf of the same petitioner earlier today. See Dubane N. v. Bondi, No. 26-cv-0253 (KMM/ECW) (D. Minn.). If so, then any claims raised in this action almost certainly can be raised in the prior action, and there is no need for parallel, duplicative habeas proceedings.

Accordingly, Petitioner is directed to inform the Court by no later than 4:00 p.m. today whether he is the subject of the habeas petition initiating Case No. 26-cv-0253 (KMM/ECW).

Finally, if Petitioner is the subject of the earlier habeas petition, then he should explain why this matter should not be dismissed without prejudice as duplicative of the prior action.

**SO ORDERED.**

Dated: January 16, 2026         s/ Leo I. Brisbois
                                Hon. Leo I. Brisbois
                                United States Magistrate Judge